FILED IN
COURT OF CRIMINAL APPEALS

July 10, 2015

ABEL ACOSTA, CLERK

PD-1634-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/9/2015 4:37:52 PM
Accepted 7/10/2015 8:55:37 AM
ABEL ACOSTA
CLERK

**Cause No. PD-1634-14**

# IN THE COURT OF CRIMINAL APPEALS
## STATE OF TEXAS

---

**AARRON MOORE,**
**Appellant**

**v.**

**THE STATE OF TEXAS,**
**Appellee.**

---

**ON APPEAL FROM:**

**N0. 01-13-00663-CR**
**FIRST COURT OF APPEALS, HOUSTON, TEXAS**

**CAUSE N0. 12-DCR-059791**
**400TH DISTRICT COURT, FORT BEND COUNTY, TEXAS**

---

**APPELLANT'S MOTION FOR EXTENSION OF TIME**
**TO FILE BRIEF ON THE MERITS**

---

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Appellant, **AARRON MOORE**, by and through his Counsel of Record, **CARMEN ROE**, files this Motion to Extend Time to File Brief on the Merits For Appellant and pursuant to Texas Rules of Appellate Procedure 10.5(b), the Appellant provides the following information:

Current Deadline:                  July 9, 2015

Length of Time:                  60 days to September 7, 2015

Number of Previous Extension:      None

Facts reasonably explaining the need for an extension:

Counsel requests the additional time to file its brief because she is working on the following briefs in the next sixty (60) days: *State v. Brent Dalton, State v. Christopher Redmond*, *State v. Mashood Uddin,* and *State v. Andreas Marcopoulos.* Counsel also has writs due in *State v. Jerrell Bell* and *State v. Bryant Williams*. For these reasons, Counsel is unable to submit its Merits Brief by the due date and hereby requests an extension of time.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court extend the time for filing Appellant's Brief in this cause until September 7, 2015.

**RESPECTFULLY SUBMITTED,**

*/s/ Carmen Roe*

**CARMEN ROE**
**CARMEN ROE LAW FIRM**
SBN: 24048773
440 Louisiana, Suite 900
Houston, Texas 77002
713.236.7755 Phone
713.236.7756 Fax
carmen@carmenroe.com
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Appellant's Brief was served the Fort Bend District Attorney, Appellate Division, 301 Jackson, Richmond, Texas 77469, on 7th day of September 2015.

*/s/ Carmen Roe*

_____

**CARMEN ROE**